AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

FILED

2017 MAR -1  P 12: 41

US DISTRICT COURT
BRIDGEPORT CT

3:17 mJ 226 (WIG)

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JONATHAN BROWN | ) | |
| DOB: 01.27.1977 | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2014 through the Present___ in the county of ___Fairfield___ in the

___ District of ___Connecticut___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846 | Conspiracy to distribute 1 kilogram or more of Heroin and Possession with intent to distribute Heroin |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Meghan B. King

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Meghan B. King - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ William I. Garfinkel, USMJ

Date: __3/1/2017__

*Judge's signature*

City and state: ___BRIDGEPORT, CONNECTICUT___

WILLIAM I. GARFINKEL-U.S. MAGISTRATE JUDGE
*Printed name and title*